# STEPHEN E. SHAMBAN LAW OFFICES, P.C.
## COUNSELLORS AT LAW

---

222 FORBES ROAD, STE. 208
P.O. BOX 850973
BRAINTREE, MASSACHUSETTS 02185-0973

Stephen E. Shamban
Ann Brennan
Jenny L. Redden

FILING FEE PAID

Telephone
(781) 849-1136
Facsimile
(781) 848-9055

November 15, 2010

FILING FEE PAID

Clerk
United States Bankruptcy Court
John W. McCormack Post Office & Court House
5 Post Office Square, 12th Floor
Boston, MA  02109-3945

NOV 17 '10 PM 1:09 USB

RE:   BAY LIQUORS, INC.
      CHAPTER 7 – CASE NO. 06-15034-FJB

Dear Sir/Madam:

Regarding the above matter, enclosed please find my Chapter 7 Trustee-in-Bankruptcy check in the amount of $2,310.77 representing unclaimed funds.

Also please note that I did enter on PACER these unclaimed funds for this creditor.

Thank you.

Very truly yours,

STEPHEN E. SHAMBAN

SES:dah
Enclosures
dh.111510